**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JEFFREY A. COLE,

    Plaintiff,

v.                                                      Case No. 3:15cv383/MCR/CJK

DAVID A. ELLIS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 3, 2015. (Doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections. I have also considered Plaintiff's Amended Complaint (doc. 8), filed after entry of the Report and Recommendation, and find it reiterates substantially the same allegations as contained in Plaintiff's original Complaint and fails to establish that Plaintiff is under imminent danger of serious physical injury. Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.
2. Plaintiff's motion to proceed *in forma pauperis* (doc. 3) is DENIED.
3. Plaintiff's motion for injunctive relief (doc. 10) is DENIED.

4. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g), and the clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of October, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**